gence. There was no instruction given on the subject of contributory negligence correctly stating the law that could have cured the deficiencies in defendant's instruction number 1 and in our opinion, therefore, the giving of this instruction constituted reversible error.

Judgment of the lower court is reversed and the cause remanded for a new trial; judgment for costs against the defendant.

*Reversed and remanded.*

CULBERTSON, P. J., and SCHEINEMAN, J., concur.

### Olie and Georgia Robinson, Appellees, v. Marjorie Robinson, Appellant.

### Gen. No. 43,985.

opinion filed May 4, 1948; released for publication June 4, 1948. Prescott, Burroughs & Taylor, for appellant; A. Morris Burroughs, of counsel; no appearance for appellees. Opinion by PRESIDING JUSTICE FRIEND. Not to be published in full.